IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:18-cv-574 (LMB/TCB) |
| CRO SHEET METAL CORP. | ) ) ) | |
| Defendant. | ) | |

## ORDER

On August 10, 2018, a magistrate judge issued a Report and Recommendation ("Report"), in which she recommended that a default judgment in the total amount of $24,860.94, consisting of $13,983.68 in delinquent payments; $737.97 in accrued interest; $2,796.74 in liquidated damages; $428.97 in late fees; $330.85 in audit costs; $5,938.00 in attorney's fees; and $644.73 in costs be recovered by plaintiffs. The Report placed the parties on notice that any objections had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of September 3, 2018, no objections have been filed.

A review of the Report, case file, and plaintiffs' Motion for Default Judgment with its attachments, accurately states the relevant facts and law. Therefore, the findings and conclusions of the Report are adopted as the Court's findings and conclusions, and on this basis plaintiffs' Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Order and Judgment will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment by default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 4th day of September, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
**United States District Judge**